Approved.
Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION AT TOLEDO

Joseph Sidoti, et al.,

        Plaintiffs,

vs.

Advanced Mechanical Plus, LLC, et al.

        Defendants.

Case No. 3:22-cv-01602

**RULE 41(a) NOTICE OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby dismiss the above-captioned matter with prejudice. Defendants have not served an answer or moved for summary judgment. Therefore, dismissal is effective upon filing and without an Order of the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: February 7, 2023

Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, Ohio 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
bderose@barkanmeizlish.com

Adam L. Slone (OH Bar No. 0093440)
**BRIAN G. MILLER CO., L.P.A.**
250 West Old Wilson Bridge Road, Suite 270
Worthington, Ohio 43085
Phone: (614) 221-4035
Facsimile: (614) 987-7841
als@bgmillerlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that on February 7, 2023, a copy of the foregoing document has been served on counsel for all parties through the Court's CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

                                                    */s/ Robert E. DeRose*
                                                    Robert E. DeRose